ARNOLD & PORTER LLP
MAURICE A. LEITER (State Bar No. 123732)
maury.leiter@aporter.com
777 South Figueroa Street, 44th Floor
Los Angeles, California 90017-5844
Telephone: +1 213.243.4000
Facsimile: +1 213.243.4199

ARNOLD & PORTER LLP
SARAH A. GOOD (State Bar No. 148742)
sarah.good@aporter.com
JEREMY M. MCLAUGHLIN (State Bar No. 258644)
jeremy.mclaughlin@aporter.com
Three Embarcadero Center, 7th Floor
San Francisco, California 94111-4024
Telephone: +1 415.471.3100
Facsimile: +1 415.471.3400

Attorneys for Defendant
Bristol-Myers Squibb Company

[Additional Counsel Listed at Signature Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JAMES CAOUETTE *et al.* | No. 12-1814 EMC |
| Plaintiffs, | |
| v. | **STIPULATION AND [PROPOSED] ORDER REGARDING OMNIBUS MOTIONS AND AMENDED BRIEFING SCHEDULE** |
| BRISTOL-MYERS SQUIBB COMPANY, MCKESSON CORPORATION, and DOES 1 to 100, | |
| Defendants. | |

STIP. AND [PROPOSED] ORDER RE OMNIBUS MOTIONS AND AM. BR. SCHED.

Nos. 12-1814 EMC, 12-1815 EMC, 12-1816 EMC, 12-1818 EMC, 12-1819 EMC, 12-1820 EMC, 12-1821 EMC, 12-1822 EMC

| | | |
|---|---|---|
| 1 | VIRGIL S. ANDERSON *et al.* ) | No. 12-1815 EMC |
| 2 | ) Plaintiffs, ) | |
| 3 | ) v. ) | |
| 4 | ) BRISTOL-MYERS SQUIBB ) | |
| 5 | COMPANY, MCKESSON ) CORPORATION, and ) | |
| 6 | DOES 1 to 100, ) ) | |
| 7 | Defendants. ) ) | |

| | | |
|---|---|---|
| 8 | PHILIP BRYAN *et al.* ) | No. 12-1816 EMC |
| 9 | ) Plaintiffs, ) | |
| 10 | ) v. ) | |
| 11 | ) BRISTOL-MYERS SQUIBB ) | |
| 12 | COMPANY, MCKESSON ) CORPORATION, and ) | |
| 13 | DOES 1 to 100, ) ) | |
| 14 | Defendants. ) ) | |

| | | |
|---|---|---|
| 16 | DAVID D. APPLEN *et al.* ) | No. 12-1818 EMC |
| 17 | ) Plaintiffs, ) | |
| 18 | ) v. ) | |
| 19 | ) BRISTOL-MYERS SQUIBB ) | |
| 20 | COMPANY, MCKESSON ) CORPORATION, and ) | |
| 21 | DOES 1 to 100, ) ) | |
| 22 | Defendants. ) ) | |

STIP. AND [PROPOSED] ORDER RE  Nos. 12-1814 EMC, 12-1815 EMC, 12-1816 EMC,
OMNIBUS MOTIONS AND AM. BR. SCHED.  12-1818 EMC, 12-1819 EMC, 12-1820 EMC, 12-1821 EMC, 12-1822 EMC

- 2 -

| | | |
|---|---|---|
| 1 | FRANCIS W. ADAMS *et al.* ) | No. 12-1819 EMC |
| 2 | ) Plaintiffs, ) ) | |
| 3 | v. ) ) | |
| 4 | BRISTOL-MYERS SQUIBB ) COMPANY, MCKESSON ) | |
| 5 | CORPORATION, and ) DOES 1 to 100, ) | |
| 6 | ) Defendants. ) | |
| 7 | ) | |

| | | |
|---|---|---|
| 9 | RICKY L. ALEXANDER *et al.* ) | No. 12-1820 EMC |
| 10 | ) Plaintiffs, ) ) | |
| 11 | v. ) ) | |
| 12 | BRISTOL-MYERS SQUIBB ) COMPANY, MCKESSON ) | |
| 13 | CORPORATION, and ) DOES 1 to 100, ) | |
| 14 | ) Defendants. ) | |
| 15 | ) | |

| | | |
|---|---|---|
| 16 | VIOLA J. BALES *et al.* ) | No. 12-1821 EMC |
| 17 | ) Plaintiffs, ) ) | |
| 18 | v. ) ) | |
| 19 | BRISTOL-MYERS SQUIBB ) COMPANY, MCKESSON ) | |
| 20 | CORPORATION, and ) DOES 1 to 100, ) | |
| 21 | ) Defendants. ) | |
| 22 | ) | |

STIP. AND [PROPOSED] ORDER RE       Nos. 12-1814 EMC, 12-1815 EMC, 12-1816 EMC,
OMNIBUS MOTIONS AND AM. BR. SCHED.  12-1818 EMC, 12-1819 EMC, 12-1820 EMC, 12-1821
                                    EMC, 12-1822 EMC

- 3 -

| | | |
|---|---|---|
| GWENDOLAN E. AILES *et al.* | ) | No. 12-1822 EMC |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| BRISTOL-MYERS SQUIBB COMPANY, MCKESSON CORPORATION, and DOES 1 to 100, | ) ) ) ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

This Joint Stipulation is made by and between Plaintiffs in *Adams et al. v. Bristol-Myers Squibb Company et al.*, No. 12-1819 EMC; *Ailes et al. v. Bristol-Myers Squibb Company et al.*, No. 12-1822 EMC; *Alexander et al. v. Bristol-Myers Squibb Company et al.*, No. 12-1820 EMC; *Anderson et al. v. Bristol-Myers Squibb Company et al.*, No. 12-1815 EMC; *Applen et al. v. Bristol-Myers Squibb Company et al.*, No. 12-1818 EMC; *Bales et al. v. Bristol-Myers Squibb Company et al.*, No. 12-1821 EMC; *Bryan et al. v. Bristol-Myers Squibb Company et al.*, No. 12-1816 EMC; and *Caouette et al. v. Bristol-Myers Squibb Company et al.*, No. 12-1814 EMC ("Plaintiffs") and Defendant Bristol-Myers Squibb Company ("Defendant"), in the interest of efficiency and so as to avoid overburdening the Court with excessive papers:

IT IS HEREBY STIPULATED AND AGREED that pursuant to the page limitations in LR 7-3(a), Defendant will file and serve on Plaintiffs via ECF a single Omnibus Opposition to Plaintiffs' respective Motions to Remand to State Court in the above-captioned cases on or before May 21, 2012. Defendants shall file the Omnibus Opposition

STIP. AND [PROPOSED] ORDER RE OMNIBUS MOTIONS AND AM. BR. SCHED.    Nos. 12-1814 EMC, 12-1815 EMC, 12-1816 EMC, 12-1818 EMC, 12-1819 EMC, 12-1820 EMC, 12-1821 EMC, 12-1822 EMC

- 4 -

in *Caouette et al. v. Bristol-Myers Squibb Company et al.*, No. 12-1814 EMC, and shall file a notice referencing the Omnibus Opposition in each action.

IT IS FURTHER STIPULATED AND AGREED that pursuant to the page limitations in LR 7-3(c), Plaintiffs will file and serve on Defendant via ECF a single Omnibus Reply in Support of Plaintiffs' Motions to Remand to State Court in the above-captioned cases on or before by June 1, 2012. Plaintiffs shall file the Omnibus Reply in *Caouette et al. v. Bristol-Myers Squibb Company et al.*, No. 12-1814 EMC, and shall file a notice referencing the Omnibus Reply in each action.

IT IS FURTHER STIPULATED AND AGREED that the hearing date for all of the cases shall be June 22, 2012, at 1:30 pm, as previously noticed by Plaintiffs.

IT IS FURTHER REQUESTED that the Court enter Orders on the Motions to Remand to State Court in each action.

IT IS SO STIPULATED.

Dated: May 9, 2012      AUDET & PARTNERS LLP
                                       221 Maine Street, Suite 1460
                                       San Francisco, CA 94105

                                       By: /s/
                                              WILLIAM M. AUDET

                                       Attorneys for Plaintiffs in *Bryan et al. v. Bristol-Myers Squibb Company et al.*, No. 12-1816 EMC

Dated: May 9, 2012      NAPOLI BERN RIPKA SHKOLNIK & ASSOCIATES LLP
                                       2361 Rosencrans Avenue, Suite 450
                                       El Segundo, CA 90245

                                       By: /s/
                                              HUNTER J. SHKOLNIK

STIP. AND [PROPOSED] ORDER RE OMNIBUS MOTIONS AND AM. BR. SCHED.      Nos. 12-1814 EMC, 12-1815 EMC, 12-1816 EMC, 12-1818 EMC, 12-1819 EMC, 12-1820 EMC, 12-1821 EMC, 12-1822 EMC

- 5 -

|   |   |
|---|---|
|   | Attorneys for Plaintiffs in *Adams et al. v. Bristol-Myers Squibb Company et al.*, No. 12-1819 EMC; *Ailes et al. v. Bristol-Myers Squibb Company et al.*, No. 12-1822 EMC; *Alexander et al. v. Bristol-Myers Squibb Company et al.*, No. 12-1820 EMC; *Anderson et al. v. Bristol-Myers Squibb Company et al.*, No. 12-1815 EMC; *Applen et al. v. Bristol-Myers Squibb Company et al.*, No. 12-1818 EMC; *Bales et al. v. Bristol-Myers Squibb Company et al.*, No. 12-1821 EMC; *Bryan et al. v. Bristol-Myers Squibb Company et al.*, No. 12-1816 EMC; and *Caouette et al. v. Bristol-Myers Squibb Company et al.*, No. 12-1814 EMC |
| Dated:  May 9, 2012 | ARNOLD & PORTER LLP<br>Three Embarcadero Center, 7th Floor<br>San Francisco, CA 94111<br><br>By:  /s/ _____<br>      JEREMY M. MCLAUGHLIN<br><br>Attorneys for Defendant<br>Bristol-Myers Squibb Company |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:  May 9, 2012

_____
The Honorable Edward M. Chen
United States District Judge



---

STIP. AND [PROPOSED] ORDER RE
OMNIBUS MOTIONS AND AM. BR. SCHED.

Nos. 12-1814 EMC, 12-1815 EMC, 12-1816 EMC,
12-1818 EMC, 12-1819 EMC, 12-1820 EMC, 12-1821 EMC, 12-1822 EMC

- 6 -

`      I, Jeremy M. McLaughlin, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order Regarding Omnibus Motions and Amended Briefing Schedule.  In compliance with General Order 45, X.B, I hereby attest that William M. Audet and Hunter J. Shkolnik have concurred in this filing.

Dated:  May 9, 2012                              ARNOLD & PORTER LLP
                                                 Three Embarcadero Center, 7th Floor
                                                 San Francisco, CA 94111

                                                 By:  /s/
                                                      JEREMY M. MCLAUGHLIN

                                                 Attorneys for Defendant
                                                 Bristol-Myers Squibb Company

STIP. AND [PROPOSED] ORDER RE                    Nos. 12-1814 EMC, 12-1815 EMC, 12-1816 EMC,
OMNIBUS MOTIONS AND AM. BR. SCHED.               12-1818 EMC, 12-1819 EMC, 12-1820 EMC, 12-1821
                                                 EMC, 12-1822 EMC