1  ARNOLD & PORTER LLP
   MAURICE A. LEITER (State Bar No. 123732)
2  maury.leiter@aporter.com
3  777 South Figueroa Street, 44th Floor
   Los Angeles, California 90017-5844
4  Telephone:    +1 213.243.4000
   Facsimile:    +1 213.243.4199
5
   ARNOLD & PORTER LLP
6  MICHAEL J. BAKER (State Bar No. 56492)
7  michael.baker@aporter.com
   JEREMY M. MCLAUGHLIN (State Bar No. 258644)
8  jeremy.mclaughlin@aporter.com
   Three Embarcadero Center, 7th Floor
9  San Francisco, California 94111-4024
   Telephone:    +1 415.471.3100
10 Facsimile:    +1 415.471.3400
11
   Attorneys for Defendant
12 BRISTOL-MYERS SQUIBB COMPANY

13              UNITED STATES DISTRICT COURT

14              NORTHERN DISTRICT OF CALIFORNIA

15                   SAN FRANCISCO DIVISION

16

| 17 JAMES CAOUETTE *et al.* | No. 12-1814 EMC |
|---|---|
| 18         Plaintiffs, | **and the following related cases:** |
| 19    v. | 12-1815 EMC Anderson et al. v. Bristol-Myers<br>12-1816 EMC Bryan et al. v. Bristol-Myers |
| 20 BRISTOL-MYERS SQUIBB COMPANY, | 12-1818 EMC Applen et al. v. Bristol-Myers<br>12-1819 EMC Adams et al. v. Bristol-Myers |
| 21 MCKESSON CORPORATION, and<br>DOES 1 to 100, | 12-1820 EMC Alexander et al. v. Bristol-Myers<br>12-1821 EMC Bales et al. v. Bristol-Myers |
| 22 | 12-1822 EMC Ailes et al. v. Bristol-Myers |
| 23         Defendants. | **STIPULATION AND [PROPOSED]<br>ORDER TO EXTEND CASE** |
| 24 | **MANAGEMENT CONFERENCE DATES** |
| 25 | Courtroom:   Courtroom 5, 17th Floor |
| 26 | Judge:        Hon. Edward M. Chen |

27

28

---

This Joint Stipulation is made by and between Plaintiffs in *Adams et al. v. Bristol-Myers Squibb Company et al.*, No. 12-1819 EMC; *Ailes et al. v. Bristol-Myers Squibb Company et al.*, No. 12-1822 EMC; *Alexander et al. v. Bristol-Myers Squibb Company et al.*, No. 12-1820 EMC; *Anderson et al. v. Bristol-Myers Squibb Company et al.*, No. 12-1815 EMC; *Applen et al. v. Bristol-Myers Squibb Company et al.*, No. 12-1818 EMC; *Bales et al. v. Bristol-Myers Squibb Company et al.*, No. 12-1821 EMC; *Bryan et al. v. Bristol-Myers Squibb Company et al.*, No. 12-1816 EMC; and *Caouette et al. v. Bristol-Myers Squibb Company et al.*, No. 12-1814 EMC (collectively "Plaintiffs"), and Defendant Bristol-Myers Squibb Company and McKesson Corporation (collectively "Defendants"). Plaintiffs and Defendants hereby stipulate to the following:

1. The Court has set dates for the Case Management Statement to be due by August 14, 2012, and for the Case Management Conference to occur on August 21, 2012.

2. Lead Counsel for Defendant Bristol-Myers Squibb Company has a conflict on August 21, 2012.

3. Plaintiffs and Defendants hereby respectfully ask this Court to extend the dates as follows, or otherwise as directed by the Court:

Case Management Statement due:          September 21, 2012
Case Management Conference:             September 28, 2012, at 9:30 a.m.

IT IS SO STIPULATED.

Dated: July 30, 2012                    AUDET & PARTNERS LLP
                                        221 Maine Street, Suite 1460
                                        San Francisco, CA 94105

                                        By: */s/ William M. Audet*
                                            WILLIAM M. AUDET

                                        Attorneys for Plaintiffs in *Bryan et al. v. Bristol-Myers Squibb Company et al.*, No. 12-1816 EMC

| | | |
|---|---|---|
| 1 | Dated: July 30, 2012 | NAPOLI BERN RIPKA SHKOLNIK & ASSOCIATES LLP |
| 2 | | 2361 Rosencrans Avenue, Suite 450 |
| 3 | | El Segundo, CA 90245 |

Dated: July 30, 2012

NAPOLI BERN RIPKA SHKOLNIK & ASSOCIATES LLP
2361 Rosencrans Avenue, Suite 450
El Segundo, CA 90245

By: */s/ Hunter J. Shkolnik*
     HUNTER J. SHKOLNIK

Attorneys for Plaintiffs in *Adams et al. v. Bristol-Myers Squibb Company et al.*, No. 12-1819 EMC; *Ailes et al. v. Bristol-Myers Squibb Company et al.*, No. 12-1822 EMC; *Alexander et al. v. Bristol-Myers Squibb Company et al.*, No. 12-1820 EMC; *Anderson et al. v. Bristol-Myers Squibb Company et al.*, No. 12-1815 EMC; *Applen et al. v. Bristol- Myers Squibb Company et al.*, No. 12-1818 EMC; *Bales et al. v. Bristol-Myers Squibb Company et al.*, No. 12-1821 EMC; *Bryan et al. v. Bristol-Myers Squibb Company et al.*, No. 12-1816 EMC; and *Caouette et al. v. Bristol-Myers Squibb Company et al.*, No. 12-1814 EMC

Dated: July 30, 2012

ARNOLD & PORTER LLP
Three Embarcadero Center, 7th Floor
San Francisco, CA 94111

By: */s/ Jeremy M. McLaughlin*
     JEREMY M. MCLAUGHLIN

Attorneys for Defendant BRISTOL-MYERS SQUIBB COMPANY

Dated: July 30, 2012

GOODMAN NEUMAN HAMILTON LLP
417 Montgomery Street, 10th Floor
San Francisco, CA 94104

By: */s/ Pavan L. Rosati*
     PAVAN L. ROSATI

Attorneys for Defendant MCKESSON CORPORATION

| | |
|---|---|
| 1 | <u>Filer's Attestation</u> |
| 2 | I, Jeremy M. McLaughlin, am the ECF user whose identification and password are being |
| 3 | used to file this STIPULATION AND [PROPOSED] ORDER TO EXTEND CASE |
| 4 | MANAGEMENT CONFERENCE DATES.  In compliance with General Order 45.X.B, I hereby |
| 5 | attest that William M. Audet, Hunter J. Shkolnik and Pavan L. Rosati concur in this filing. |
| 7 | DATED: July 30, 2012 |
| 8 | /s/ *Jeremy M. McLaughlin* |
| 9 | JEREMY M. MCLAUGHLIN |
| 11 | **PURSUANT TO STIPULATION, IT IS SO ORDERED.** |
| 13 | Dated: July 31, 2012 |
| 14 | THE HONORABLE EDWARD M. CHEN |
| 15 | UNITED STATES DISTRICT JUDGE |

IT IS SO ORDERED
Judge Edward M. Chen
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA